DAVID A. ROSENFELD, Bar No. 058163
TRACY L. MAINGUY, Bar No. 176928
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  drosenfeld@unioncounsel.net
         tmainguy@unioncounsel.net
         clozano@unioncounsel.net

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES in their capacities as Trustees for the NATIONAL ROOFING INDUSTRY PENSION PLAN,<br><br>  Plaintiff,<br><br>  v.<br><br>WESTECH ROOFING, a California Corporation,<br><br>  Defendant. | No. 3:16-cv-02586-LB<br><br>**NOTICE OF DISMISSAL; [PROPOSED] ORDER THEREON**<br><br>Judge:    Hon. Laurel Beeler |

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses the above-captioned action.  The parties have resolved this matter, and Defendant has made payment to Plaintiff in settlement of this matter.  Said voluntary dismissal without an order of the Court is appropriate, since Defendant has not filed an answer or responsive pleading in this matter.

/ / /

/ / /

/ / /

/ / /

1

NOTICE OF DISMISSAL WITHOUT PREJUDICE; [PROPOSED] ORDER THEREON
Case No. 3:16-cv-02586-LB

A Case Management Conference has been scheduled for August 11, 2016.  With this Request for Dismissal, Plaintiff also requests that said Case Management Conference be vacated.

Dated: June 20, 2016

        WEINBERG, ROGER & ROSENFELD
        A Professional Corporation

        By: /s/ *Concepcion E. Lozano-Batista*
            CONCEPCIÓN E. LOZANO-BATISTA
            Attorneys for Plaintiffs

### [~~PROPOSED~~] ORDER

The parties have resolved this matter.  IT IS HEREBY ORDERED that this case be dismissed pursuant to the foregoing Order.  The Case Management Conference set for August 11, 2016 is hereby vacated.

Dated: June 21, 2016

_____
HONORABLE LAUREL BEELER
United States District Court Magistrate Judge

140170\868795

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

NOTICE OF DISMISSAL WITHOUT PREJUDICE; [PROPOSED] ORDER THEREON
Case No. 3:16-cv-02586-LB